JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 22 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVAR EMERSON JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　Respondent. | Case No. CV 09-0233-GHK (JTL)<br><br>**JUDGMENT** |

　　In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 7/17/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE